UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALANDA JEAN CAVINS and JOHN M. CAVINS, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | NO. CV-04-176-RHW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 20). The parties stipulate that the above-entitled action, including all cross-complaints and counterclaims, may be dismissed with prejudice and without costs to any party.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The matter is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS** pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. The District Court Executive is ordered to **close the file**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish copies to counsel.

**DATED** this 2nd day of May, 2005.

                          s/ ROBERT H. WHALEY
                          United States District Judge

Q:\CIVIL\2004\Cavins\dismiss.ord.wpd

**ORDER OF DISMISSAL WITH PREJUDICE** * 1